**UNITED STATES of America,**
**Appellee,**

v.

**Roy Louis TAYLOR, Appellant.**

**No. 05–3014.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 17, 2006.

Filed May 18, 2006.

Mikal G. Hanson, U.S. Attorney's Office, Pierre, SD, for Appellee.

Roy Louis Taylor, Florence, CO, pro se.

Wade A. Reimers, Olinger & Lovald, Pierre, SD, for Appellant.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Roy Louis Taylor pleaded guilty to engaging in a sexual act with another person who was physically incapable of declining participation, in violation of 18 U.S.C. §§ 1153, 2242(2), and 2246(2)(A). The district court * sentenced Taylor to 78 months in prison, 3 years of supervised release, and restitution in the amount of $355. On appeal, Taylor's counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Taylor's plea agreement contains a valid appeal waiver. *See United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir.) (en banc), *cert. denied*, 540 U.S. 997, 124 S.Ct. 501, 157 L.Ed.2d 398 (2003), and having reviewed the record independently for any nonfrivolous issues not covered by the appeal waiver, we find none. Accordingly, we enforce the waiver, dismiss this appeal, and grant counsel's motion to withdraw.